# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHAMEL JONES, | : | 70 MAP 2014 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 638 MD 2013 |
| | : | dated 5/21/14 exited 5/22/14 |
| v. | : | |
| | : | |
| | : | |
| JOHN E. WETZEL, SECRETARY OF | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                   **DECIDED:  March 25, 2015**

**AND NOW**, this 25th day of March, 2015, the Order of the Commonwealth Court is hereby AFFIRMED.